1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5
6  Attorney for Defendant
   MANUEL QUEVEDO-RAMIREZ
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:19-cr-00055 LJO

12            Plaintiff,

13       v.                              STIPULATION TO CONTINUE CHANGE
                                         OF PLEA HEARING;
14  MANUEL QUEVEDO-RAMIREZ,              ORDER

15            Defendant.                 DATE:    December 16, 2019
                                         TIME:    10:00 a.m.
16                                       JUDGE:   Hon. Lawrence J O'Neill

17

18       **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, that the change of plea hearing scheduled for November 18, 2019, may be continued to

20  December 16, 2019, or the soonest date thereafter convenient to the Court.

21       While the parties have reached a tentative agreement in in this matter, Mr. Quevedo-

22  Ramirez also has a supervised release violation pending in the District of Arizona (District of

23  Arizona Case No. 2:14-cr-00000181 RCC). The parties believe it would promote judicial

24  efficiency to resolve both matters in a single agreement, but need additional time to transfer the

25  Arizona matter to the Eastern District of California. This continuance is requested to allow time

26  to gather relevant information, conduct investigation, and arrange the transfer of Mr. Quevedo-

27  Ramirez' supervised release violation to the Eastern District of California before reaching a final

28

resolution.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  November 14, 2019          /s/ *Laura D. Withers*
                                    LAURA D. WITHERS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  November 14, 2019          /s/ *Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MANUEL QUEVEDO-RAMIREZ


**ORDER**

The status conference for Manuel Quevedo-Ramirez is continued to December 16, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **November 14, 2019**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE