| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | MANUEL QUEVEDO-RAMIREZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00055 LJO |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| MANUEL QUEVEDO-RAMIREZ, | |
| *Defendant.* | DATE: January 21, 2020 |
| | TIME: 10:00 a.m. |
| | JUDGE: Hon. Lawrence J O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for December 16, 2019, may be continued to January 21, 2020, or the soonest date thereafter convenient to the Court.

While the parties have reached a tentative agreement in in this matter, Mr. Quevedo-Ramirez also has a supervised release violation pending in the District of Arizona (District of Arizona Case No. 4:15-cr-00181 RCC). The parties believe it would promote judicial efficiency to resolve both matters in a single agreement, but need additional time to transfer the Arizona matter to the Eastern District of California. This continuance is requested to allow time to gather relevant information, conduct investigation, and arrange the transfer of Mr. Quevedo-Ramirez's

supervised release violation to the Eastern District of California before reaching a final resolution.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: December 13, 2019                      /s/ *Laura D. Withers*
                                                LAURA D. WITHERS
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: December 13, 2019                      /s/ *Eric V. Kersten*
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MANUEL QUEVEDO-RAMIREZ

## ORDER

The status conference for Manuel Quevedo-Ramirez is continued to January 21, 2020, at 10:00 a.m.

IT IS SO ORDERED.

    Dated: **December 13, 2019**          /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE