1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   MANUEL QUEVEDO-RAMIREZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:19-cr-00055 NONE
12 |         *Plaintiff,*              |
13 |     v.                            | STIPULATION TO CONTINUE
                                         SENTENCING; ORDER
14 |
   | MANUEL QUEVEDO-RAMIREZ,           |
15 |
   |         *Defendant.*              | DATE:   July 16, 2020
16 |                                   | TIME:   11:00 a.m.
                                         JUDGE:  Hon. Dale A. Drozd
17

18

19         **IT IS HEREBY STIPULATED** by and between the parties, through their respective

20 counsel, that the sentencing hearing in case no. 1:19-cr-00055 NONE, scheduled for June 11,

21 2020, may be continued to July 16, 2020, or another date convenient to the Court.

22         Beside the present matter, Mr. Quevedo-Ramirez has a pending supervised release

23 violation in case no. 1:20-cr-00066-DAD, which was transferred from the District of Arizona.

24 (District of Arizona case no. 4:15-cr-00181 RCC; Violation Petition available at EDCA case no.

25 1:19-mj-00054-EPG Doc. 1). The parties request that case no. 1:20-cr-00066 DAD remain on

26 calendar for an admission on June 11, 2020; and consolidated sentencing with case no. 1:19-cr-

27 00055 NONE on July 16, 2020.

28 *///*

The parties believe a consolidated sentencing hearing will promote judicial efficiency. In addition, the guideline calculations contained in the PSR conflict with those anticipated in Mr. Quevedo-Ramirez' plea agreement. Based on recent Ninth Circuit precedent, defense counsel believes the calculations contained in the plea agreement are correct. Counsel will use the intervening time to reach out to the Probation Office and attempt to resolve the disagreement, and hopefully eliminate the need for objections to be addressed at sentencing.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: June 8, 2020                    /s/ *Laura D. Withers*
                                              LAURA D. WITHERS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: June 8, 2020                    /s/ *Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MANUEL QUEVEDO-RAMIREZ

**ORDER**

**IT IS SO ORDERED**. The sentencing for Manuel Quevedo-Ramirez in case no. 1:19-cr-00055 NONE is continued to July 16, 2020.

IT IS SO ORDERED.

Dated: **June 8, 2020**                                /s/ Dale A. Drozd
                                                         UNITED STATES DISTRICT JUDGE