1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561

6 | Attorney for Defendant
MANUEL QUEVEDO-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00055 NONE |
| --- | --- |
| *Plaintiff,* | Case No. 1:20-cr-00066 DAD |
| v. | STIPULATION TO CONTINUE SENTENCING; ORDER |
| MANUEL QUEVEDO-RAMIREZ, | |
| *Defendant.* | DATE:     August 10, 2020<br>TIME:     11:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the sentencing hearing in Case No. 1:19-cr-00055 NONE, scheduled for July 16, 2020, may be continued to August 10, 2020, or the soonest date thereafter convenient to the Court. The parties further request that Disposition in Case No. 1:20-cr-00066 DAD also be continued to August 10, 2020.

The PSR has been received, but due to oversight informal objections were not filed. Defense counsel believes the existing guideline calculations are inaccuarte. Probation is willing to entertain informal objections at this time provided sentencing can be continued and the time for informal objections reset accordingly. The parties request that sentencing and the corresponding filing dates be continued to allow time to attempt to resolve any disputes prior to

sentencing, and hopefully eliminate the need for objections to be addressed at sentencing.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                       Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED:  June 29, 2020               /s/ *Laura D. Withers*
                                       LAURA D. WITHERS
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED:  June 29, 2020               /s/ *Eric V. Kersten*
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       MANUEL QUEVEDO-RAMIREZ


**ORDER**

**IT IS SO ORDERED**. The sentencing for Manuel Quevedo-Ramirez in Case No. 1:19-cr-00055 NONE, and Disposition in Case No. 1:20-cr-00066 DAD are continued to August 10, 2020.

IT IS SO ORDERED.

Dated:  **June 29, 2020**                            /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE